# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 09-00385-01-CR-W-DGK |
| DIONTE I. HARRIS, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Motions to Suppress Evidence (Docs. 18 and19), the Government's responses (Docs. 23 and 24), United States Magistrate Judge Sarah W. Hays' report recommending that the motions to suppress be denied (Doc. 38) and Defendant's Objections to Magistrate's Report and Recommendation (Doc. 40).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Hays' Report and Recommendation be ADOPTED. Defendant's motions to suppress are hereby DENIED.

**IT IS SO ORDERED**

Date: June 2, 2010      /s/ Greg Kays
  GREG KAYS, JUDGE
  UNITED STATES DISTRICT COURT